# United States District Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAR 28 1990
Jesse E. Clark, Clerk
By Deputy:

SOUTHERN District of TEXAS

UNITED STATES OF AMERICA
V.
STANLEY WAYNE EVANS

**JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT**

Case Number H-89-00154-02

(Name of Defendant)

Travis Lewis
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____.
☒ was found guilty on count(s) __1 and 10__ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:371 | Conspiracy to bribe a witness. | 1 |
| 18:201(b)(3) | Bribery of a witness. | 10 |

The defendant is sentenced as provided in pages 2 through __3__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
☒ It is ordered that the defendant shall pay to the United States a special assessment of $ __100__, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. UNITED STATES ATTORNEY'S OFFICE, Financial Litigation Unit, P. O. Box 61129, Houston, Texas 77208.

Defendant's Soc. Sec. Number: ___-2977

Defendant's mailing address:
___

Defendant's residence address:
HOUSTON, TX 77051

March 19, 1990
Date of Imposition of Sentence

Signature of Judicial Officer

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

3/22/90
Date

Judgment—Page 2 of 3

Defendant: STANLEY WAYNE EVANS
Case Number: H-89-00154-02

## PROBATION

The defendant is hereby placed on probation for a term of ____ THREE (3) YEARS ____.

While on probation, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this Judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

The defendant is prohibited from possessing a firearm or other dangerous weapon.

The defendant is restricted to his place of residence continuously, except for absences authorized by the United States Probation Office, for a period of FOUR (4) MONTHS. The probation officer may approve absences for gainful employment, religious services, medical care, educational or training programs, and at other times as may be specifically authorized by the probation officer. Electronic monitoring may be used to monitor compliance with this condition; however, alternative means of surveillance may be used that will ensure the defendant's compliance with this condition.

The defendant is to participate in a program of intermittent confinement for a period of TWO (2) MONTHS; one month to be served in 1990 and one month to be served in 1991, with both months to be completed during the first full year of probation, as directed by the United States Probation Office.

Judgment—Page 3 of 3

Defendant: STANLEY WAYNE EVANS
Case Number: H-89-00154-02

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

APPROVED AS TO FORM: